**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-61419-BLOOM/Valle**

RICKY ESPINAL, *on behalf of himself*
*and all others similarly situated*,

      Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.,

      Defendant.

_____/

<u>**ORDER ADMINISTRATIVELY CLOSING CASE**</u>

      **THIS CAUSE** is before the Court upon the Notice of Settlement, ECF No. [11], filed on

August 26, 2021, indicating that the parties have reached a settlement of the claims in this case.

      Accordingly, it is **ORDERED AND ADJUDGED** as follows:

   1.  The above-styled action is administratively **CLOSED** without prejudice to the parties
to file a settlement agreement for the Court's consideration and/or appropriate
dismissal documentation.

   2.  The Clerk of Court shall **CLOSE** this case for administrative purposes only.

   3.  To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**,
all pending motions are **DENIED AS MOOT**, and all deadlines are
**TERMINATED**.

Case No. 21-cv-61419-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 26, 2021.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record